United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 19-03185-HWV
Timothy Brian Henry, Sr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 3
Date Rcvd: Aug 23, 2024 Form ID: 3180W Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Brian Henry, Sr., 246 Georgetown Road, Littlestown, PA 17340-9163 |
| 5240429 | + | Cash-2-Go, Inc., 1041 Baltimore Blvd., Westminster, MD 21157-7023 |
| 5230089 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 5230088 | | Gary J. Holt, First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5227083 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 5227086 | + | Lendmark Financial Ser, 250 Englar Road, Unit 16, Westminster, MD 21157-6186 |
| 5441981 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5227092 | + | Rickert Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 5240427 | + | Tevis Energy, Inc., PO Box 26, 82 John Street, Westminster, MD 21157-4835 |
| 5227096 | | Vein Clinic, PO Box 840044, Dallas, TX 75284-0044 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 23 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 18:43:00 | Santander Consumer USA, Inc., as servicing agent f, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 5254360 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 23 2024 18:43:00 | AURORA FINANCIAL GROUP, INC., FREEDOM MORTGAGE CORP, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5227077 | ^ | MEBN | Aug 23 2024 18:36:12 | American Coradius International, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 5227078 | + | EDI: TSYS2 | Aug 23 2024 22:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5227079 | + | EDI: CAPITALONE.COM | Aug 23 2024 22:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5231815 | | EDI: CAPITALONE.COM | Aug 23 2024 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5227080 | + | EDI: CONVERGENT.COM | Aug 23 2024 22:41:00 | Convergent, 800 SW 39th Street, Suite #100 PO Box 9004, Renton, WA 98057-4927 |
| 5227081 | + | EDI: BLUESTEM | Aug 23 2024 22:41:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5441982 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 23 2024 18:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5227082 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 23 2024 18:43:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 5227084 | | EDI: IRS.COM | Aug 23 2024 22:40:00 | IRS, PO Box 37008, Hartford, CT 06176-7008 |
| 5254548 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 18:50:30 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5227087 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 18:51:14 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5227085 | + | EDI: LENDNGCLUB | Aug 23 2024 22:40:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 5227088 | | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 23 2024 18:43:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5246255 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 23 2024 18:43:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Buildingl # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5227089 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 18:43:00 | Midland Credit Mgmt, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5227090 | + | Email/Text: compliance@monarchrm.com | Aug 23 2024 18:43:00 | Monarch Recovery Mgmt, 3260 TIllman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 5227091 | | Email/Text: signed.order@pfwattorneys.com | Aug 23 2024 18:43:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5234033 | | EDI: Q3G.COM | Aug 23 2024 22:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5246628 | | EDI: Q3G.COM | Aug 23 2024 22:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5315018 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 18:43:00 | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5315019 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 18:43:00 | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-1245, Santander Consumer USA as servicing 76161-0244 |
| 5227606 | ^ | MEBN | Aug 23 2024 18:36:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5227093 | | EDI: SYNC | Aug 23 2024 22:40:00 | Synchrony Bank, Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5227094 | | EDI: SYNC | Aug 23 2024 22:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965054, Orlando, FL 32896-5064 |
| 5227097 | | Email/Text: dispute@velocityrecoveries.com | Aug 23 2024 18:43:00 | Velocity, 1800 Route 34 North, Suite 404A, Belmar, NJ 07719 |
| 5250296 | | EDI: AIS.COM | Aug 23 2024 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5227098 | | EDI: VERIZONCOMB.COM | Aug 23 2024 22:40:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 5414513 | + | Email/Text: kcm@yatb.com | Aug 23 2024 18:43:06 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5227095 | ##+ | Universal Collction Services, Attn: Bankruptcy Dept., 5707 Calverton St, Ste 2a, Baltimore, MD 21228-1772 |
| 5240428 | ##+ | Valley Pet, 127 Britner Avenue, Williamsport, MD 21795-1556 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Gateway One Lending & Finance kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Aurora Financial Group INC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Scott J Strausbaugh | on behalf of Debtor 1 Timothy Brian Henry  Sr. scott@strausbaughlaw.com |
| Thomas Song | on behalf of Creditor Aurora Financial Group INC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Timothy Brian Henry Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9795<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-03185-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Brian Henry Sr.
aka Timothy B. Henry Sr., aka Timothy B Henry,
aka Timothy Henry

8/23/24

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**